# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| AMERIS BANK, a Georgia corporation dba Balboa Capital Corporation,<br><br>      Plaintiff,<br><br>v.<br><br>ARLINGTON PREVENTIVE CARE MEDICAL CLINIC, P.A., a Texas professional association; JEANINE THOMAS aka JEANINE HOLMES THOMAS, an individual; and DOES 1 through 10, inclusive,<br><br>      Defendants. | Case No. 8:24-cv-00601-WLH-KES<br><br>**JUDGMENT** |

The Motion for Default Judgment (Dkt. 20) ("Motion for Default Judgment") filed by Plaintiff Ameris Bank, a Georgia corporation dba Balboa Capital Corporation, came before the Hon. Judge Wesley L. Hsu. Appearances, if any, were as noted on the record.

After reviewing the submitted documents, and good cause appearing therefore, Judgment is hereby entered in favor of Plaintiff Ameris Bank, a Georgia corporation dba Balboa Capital Corporation ("Plaintiff") and against Arlington Preventive Care Medical Clinic, P.A. a Texas professional association and Jeanine Thomas aka Jeanine Holmes Thomas, an individual ("Defendants"), as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that Judgment is hereby entered in favor of Plaintiff Ameris Bank, a Georgia corporation dba Balboa Capital Corporation and against Defendants Arlington Preventive Care Medical Clinic, P.A. a Texas professional association and Jeanine Thomas aka Jeanine Holmes Thomas, an individual, jointly and severally, in the total amount of $96,235.40, comprised of principal of $75,054.62, pre-judgement interest at the rate of ten percent (10%) per annum from November 8, 2023 to September 30, 2024 in the sum of $7,526.77, and late fees in the amount of $8,703.68; plus attorney's fees in the sum of $4,950.33.

**THE CLERK IS ORDERED TO ENTER THE JUDGMENT AND CLOSE THE CASE**.

DATED: 1/17/2025

                                                HON. WESLEY L. HSU,
                                                UNITED STATES DISTRICT JUDGE